FILED: June 18, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4486

(6:12-cr-00210-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

LLOYD B. CARR, a/k/a Lloyd Carr

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Parkersburg |
| Originating Case Number | 6:12-cr-00210-1 |
| Date notice of appeal filed in originating court: | 06/03/2014 |
| Appellant | Lloyd B. Carr |
| Appellate Case Number | 14-4486 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |